# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Joseph Richard O'Brien            Docket No. 5:20-CR-00223-D-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW Allison G. Carlino, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Joseph Richard O'Brien, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, sitting in the Court at Raleigh, on the 7th day of July, 2020.

On July 9, 2020, the court amended the defendant's location monitoring from RF location monitoring with curfew to GPS monitoring with curfew.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 7, 2020, the defendant appeared before the court and was ordered to be placed on a curfew with RF location monitoring as part of his pretrial release conditions. On July 9, 2020, the court amended the defendant's location monitoring to GPS with a curfew. At the request of U.S. Probation in South Carolina, in order to allow the offender to travel overnight for work, it is necessary that his location monitoring be amended to stand alone GPS monitoring.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's location monitoring be amended to stand alone GPS monitoring to allow the defendant to travel for work and his location be monitored.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Allison G. Carlino<br>Allison G. Carlino<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2548<br>Executed On: October 1, 2020 |

### ORDER OF THE COURT

Considered and ordered on October 1, 2020. It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge